UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COSTCO WHOLESALE CORPORATION,<br>Plaintiff,<br>v.<br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD,<br>Defendant. | NO. 2:25-cv-00653-LK<br><br>ORDER OF DISMISSAL |

The parties have notified the Court via email that they have reached a settlement of this case. The Court accordingly DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. Any trial date and pretrial dates previously set are hereby VACATED and any pending motion is hereby STRICKEN. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

Dated this 27th day of March, 2026.

Lauren King
United States District Judge